AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>KHALIL M. JACKSON<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:20-MJ-000 77<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 2019 through May 2020__ in the county of __St. Joseph__ in the __Northern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |
| 18 U.S.C. § 2423(a) | Interstate transportation of a minor to engage in prostitution |

This criminal complaint is based on these facts:
See attached affidavit of Phillip Williams, Task Force Officer, Federal Bureau of Investigation

☑ Continued on the attached sheet.

*Complainant's signature*

Phillip Williams, TFO, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by email transmission and telephonic confirmation.

Date: 07/15/2020

/s/Joshua P. Kolar
*Judge's signature*

City and state: Hammond, Indiana

Joshua P. Kolar, U.S. Magistrate Judge
*Printed name and title*